**No. 46602.**—Protests 991327–G, etc., of C. Landriani (New York).

Opinion by KEEFE, J. The red vegetable extract in question stipulated to be the same in all material respects as that the subject of *International Grape Products Co., Inc.* v. *United States* (6 Cust. Ct. 43, C. D. 421) was held dutiable at 15 percent under paragraph 38 as claimed.

**No. 46603.**—Protest 930028–G of A. L. Tuska Son & Co., Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise in question consists of Rockingham earthenware, the same as that the subject of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303). The claim at 25 percent under paragraph 210 was sustained as to certain of the entries.

**No. 46604.**—Protests 911050–G, etc., of A. L. Tuska Son & Co., Inc.

Opinion by KEEFE, J. It was stipulated that the merchandise in question consists of Rockingham earthenware, the same as that the subject of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303). The claim at 25 percent under paragraph 210 was therefore sustained.

**No. 46605.**—Protests 847017–G, etc., of Meyer & Lange (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

**No. 46606.**—Protests 63948–K, etc., of Geo. Borgfeldt Corp. (New York).

Opinion by KEEFE, J. It was stipulated that the manger sets in question are similar in all material respects to those the subject of Abstract 45502. The claim at 25 percent under paragraph 1403 was therefore sustained.

**No. 46607.**—Protests 47417–K, etc., of Geo. Borgfeldt Corp. (Baltimore).

Opinion by KEEFE, J. It was stipulated that the manger sets in question are similar in all material respects to those the subject of Abstract 45502. The claim at 25 percent under paragraph 1403 was therefore sustained.

**No. 46608.**—Protests 58684–K, etc., of Strauss-Eckardt Co., Inc. (New York).